CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

PROB22
(12/2016)

2017 DEC -5  PM 3: 08

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*):<br>5:10CR00548-001 | DEPUTY CLERK |
| | DOCKET NUMBER (*Rec. Court*): | |

| NAME AND ADDRESS OF SUPERVISED PERSON:<br>Victor Perez | DISTRICT:<br>Southern District of Texas | DIVISION:<br>LAREDO |
| | NAME OF SENTENCING JUDGE:<br>Senior U.S. District Judge Tom Stagg | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | From:<br>**05/05/2017** | To:<br>**05/04/2022** |

OFFENSE:

Possession with Intent to Distribute in Excess of 5 kilograms of Cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2

3 - 17 CR - 6 2 3 - L

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, Laredo Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Texas, Dallas Division upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/ 14 / 17
_____
Date

_George P. Kazen_
_____
George P. Kazen
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Northern District of Texas, Dallas Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/5/17
_____
Effective Date

_Sam A. Lindsay_
_____
United States District Judge